# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Robert McClellan, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Montana-Dakota Services, Inc., | ) Case No. 1:18-cv-133 |
| Defendant. | ) |

On October 8, 2019, the parties filed a Stipulation to Dismiss with Prejudice. The court **ADOPTS** the parties' stipulation (Doc. No. 23) and **DISMISSES** the above-entitled action with prejudice and without costs or fees to either parties.

**IT IS SO ORDERED.**

Dated this 9th day of October, 2019.

                                                    */s/ Clare R. Hochhalter*
                                                   Clare R. Hochhalter, Magistrate Judge
                                                   United States District Court